IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MACARTHUR H. DANIEL,

       Appellant,

                                    Case No. 5D23-29
 v.                               LT Case No. 2019-CA-231


ALL PURPOSE GROUP, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, CAROLEE
J. PEARCE, A SINGLE WOMAN, AND
REBECCA FARIS, A SINGLE WOMAN,

       Appellees.
_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

MacArthur H. Daniel, Fernandina Beach, pro se.

Michael S. Drews, of Drews Law Firm,
Jacksonville, for Appellee, All Purpose Group,
LLC, a Florida Limited Liability Company.

No Appearance for Remaining Appellees.

PER CURIAM.

     AFFIRMED.

MAKAR, EDWARDS and EISNAUGLE, JJ., concur.